The M. J. Fitch Paper Company, a corporation under the laws of the State of Illinois, W. B. Barnett and Bion H. Barnett, Plaintiffs in Error, vs. William Hickson, Defendant in Error.
Writ of error to Circuit Court Marion county.

*A. W. Cockrell & Son*, for Plaintiffs in Error.

No appearance for Defendant in Error.

This action was brought by the defendant in error against J. Frank Thacker and Albert Thacker, doing business under the firm name of Thacker Brothers. The M. J. Fitch Paper Company interposed a claim to the property levied on, and W. B. Barnett and Bion H. Barnett were sureties on the attachment bond. There was judgment for the plaintiff, and the M. J. Fitch Paper

Company, claimant, and W. B. Barnett and Bion Barnett, sureties on the attachment bond, take writ of error. The judgment is affirmed.

Decision Per Curiam.

Petition for rehearing denied December 17, 1898.